IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD THOMAS,

    Plaintiff,                      No. CIV S-09-2486 CMK (TEMP) P

    vs.

THOMAS FELKER, et al.,

    Defendants.               ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

        Plaintiff has also filed a motion to compel discovery. In light of the pending motion to dismiss for failure to exhaust administrative grievances, the court will deny the motion without prejudice to its renewal, if necessary, after the resolution of the motion to dismiss and

1 after the court sets a schedule for discovery.

2       Accordingly, IT IS HEREBY ORDERED that

3       1. Plaintiff's motion for the appointment of counsel (Docket No. 28) is denied;

4 and

5       2. Plaintiff's motion for an order compelling discovery (Docket No. 27) is denied

6 without prejudice.

8 DATED: January 13, 2011

10                             CRAIG M. KELLISON
                            UNITED STATES MAGISTRATE JUDGE

14 hm
thom2486.31