IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD THOMAS, | | |
| | Plaintiff, | No. 2:09-cv-2486 GEB CKD P |
| vs. | | |
| THOMAS FELKER, et al., | | ORDER TO SHOW CAUSE |
| | Defendants. | |
| _____/ | | |

      On July 19, 2012, the district court adopted findings and recommendations declaring plaintiff a Three Strikes Litigant. Plaintiff was ordered to submit the $350.00 filing fee for this action or face dismissal. (Dkt. No. 64.) To date, plaintiff has not paid the filing fee. On September 7, 2012, the Ninth Circuit Court of Appeals ordered that plaintiff's interlocutory appeal of the July 19, 2012 order would not be permitted to proceed. (Dkt. No. 67.)

////
////
////
////
////
////

1

1  Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from
2  the date of this order, plaintiff shall file and serve papers showing cause why this action should
3  not be dismissed for failure to pay the filing fee.

Dated: September 17, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
thom2486.osc