1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWARD THOMAS,

11          Plaintiff,                    No.  2:09-cv-2486 GEB CKD P

12       vs.

13   THOMAS FELKER, et al.,

14          Defendants.          FINDINGS AND RECOMMENDATIONS

15   _____/

16          By order filed September 17, 2012, plaintiff, a Three Strikes Litigant, was ordered

17   to show cause within fourteen days why this action should not be dismissed for failure to pay the

18   filing fee.  (Dkt. No. 68.)  Plaintiff responded to the order but failed to show good cause in light

19   of his Three Strikes status, nor has he paid the filing fee.  (Dkt. Nos. 69, 70.)

20          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  See 28 U.S.C. § 1915(g); Local Rule 110; Fed. R. Civ. P. 41(b).

22          These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

24   days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1    specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2    F.2d 1153 (9th Cir. 1991).

3      Dated: October 12, 2012

4    _____

5    CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9    2
     thom2486.Fsc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26